UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENNIE GIBSON,

                Plaintiff,

-against-

EMPLOYEES, SUPERVISORS ADM, OF DOCTORS NURSES EAST ELMHURST HOSP., et al.,

                Defendants.

1:19-CV-0204 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 23, 2019, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff continues to be barred from filing any federal civil action under the *in forma pauperis* (IFP) statute while a prisoner unless Plaintiff is under imminent danger of serious physical injury. *See id*.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: February 3, 2020
         New York, New York

                                            COLLEEN McMAHON
                                         Chief United States District Judge